# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**                                          **Case No.  2:22-cr-223**

**Rathnakishore Giri**

## COURTROOM   MINUTES

| | | | |
|---|---|---|---|
| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | 11/18/2022<br>At 2:15 PM |
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Lucy Jennings<br>Tamara Livshiz |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | George Chaney |
| INTERPRETER: | | Pretrial/Probation | Leticia Vazquez-Villa |

Initial Appearance

-CJA financial affidavit completed; Counsel appointed
-Dft advised of rights, charges, and potential penalties
-Govt advised of Due Process Protections Act Order
-Dft released on O/R Bond