# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>Plaintiff, )<br>          )<br>v. )<br>          )<br>RATHNAKISHORE GIRI, )<br>          )<br>Defendant. )<br>          )<br>          )<br>          ) | Case No. 2:22-CR-223<br><br>Judge Algenon L. Marbley |

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA

Defendant Rathnakishore Giri, through undersigned counsel, hereby requests this Court continue the change of plea hearing in this matter currently scheduled for August 16, 2024 by at least 30 days to a future time available for the Court.

Defense Counsel, David DeVillers and Samantha Pugh, are both set to be in trial before the Northern District of Ohio in case number 1:21-CR-491 beginning on August 12, 2024 and continuing for an estimated three weeks thereafter. Accordingly, counsel will be unavailable for the August 16, 2024 change of plea hearing. The Government does not oppose this request for continuance.

Respectfully submitted,

*/s/ Samantha Pugh*
David DeVillers (59456)
Samantha Pugh (0101035)
Barnes & Thornburg LLP
41 S. High Street Suite 3300
Columbus, OH 43215-6104
Telephone: 614-628-1446
ddevillers@btlaw.com
spugh@btlaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing document has been served on all counsel of record via the Court's ECF filing system this 22nd Day of July, 2024.

*/s/ Samantha Pugh*
Samantha Pugh