N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| United States of America, | : | |
|---|---|---|
| Plaintiff, | : | **NOTICE** |
| v. | : | Case No. 2:22-cr-223 |
| Rathnakishore Giri, | : | JUDGE MARBLEY |
| Defendant. | : | |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  UNITED STATES DISTRICT COURT  Courtroom #331
85 Marconi Boulevard
Columbus, OH  43215  May 23, 2025 @ 9:00 a.m.

**If an interpreter is needed, please notify ASAP**

TYPE OF PROCEEDING:  **SENTENCING**

**MANDATORY BRIEFING REQUIREMENT:** Counsel are to submit sentencing memoranda by May 12, 2025. Said memoranda shall address, *inter alia*, the applicability of the factors set forth in 18 U.S.C. §3553(a) and the bases for any proposed upward or downward variance from the applicable advisory guidelines. The memoranda shall not exceed ten (10) pages, except by leave of Court. Reply memoranda, while not necessary, shall be filed not less than three (3) days prior to the sentencing hearing. Reply memoranda shall not exceed five (5) pages, except by leave of Court.

DATE: March 3, 2025  ALGENON L. MARBLEY
United States District Judge

(By) Diane M. Stash, Deputy Clerk
(614) 719-3265